aside judgment and order sustaining demurrer and an order entered overruling demurrer.

*Reversed and remanded with directions.*

## George D. Emery, Appellant, v. E. W. Hersh, Appellee.

### (Not to be reported in full.)

Appeal from the Circuit Court of Jasper county; the Hon. Thomas M. Jett, Judge, presiding. Heard in this court at the March term, 1914. Reversed and remanded. Opinion filed July 28, 1914.

### Statement of the Case.

Action by George D. Emery against E. W. Hersh in assumpsit to recover for services rendered by plaintiff for defendant in examining titles to certain real estate, advising as to said titles and in preparing forms for the issue of bonds and representing defendant in a transaction then pending for the issue and sale of bonds as his attorney. From a judgment entered on a finding by the trial court in favor of defendant, plaintiff appeals.

H. M. Kasserman and Duane Gaines, for appellant.

Fithian & Kasserman, for appellee.

Mr. Justice Harris delivered the opinion of the court.

### Abstract of the Decision.

Attorney and client, § 135*—*when finding as to terms of contract of employment against weight of the evidence.* In an action by an attorney for services rendered defendant in examining titles

*See Illinois Notes Digest, Vols XI to XV, and Cumulative Quarterly, same topic and section number.

to land, giving advice regarding the titles and preparing forms for an issue of bonds, etc., where defendant claimed that he employed plaintiff after the bonds were issued to furnish a written opinion and that the agreement was that plaintiff should be paid out of a fund allowed by the owners of the land in case of a sale of the bonds, *held* that a finding of the trial court in favor of defendant was against the manifest weight of the evidence, there being no evidence that plaintiff had agreed to accept employment in the way claimed by defendant or any evidence to show that plaintiff knew of the arrangement or acquiesced in it.

---

## Joseph Salerno, Appellee, v. Missouri and Illinois Coal Company, Appellant.

### (Not to be reported in full.)

Appeal from the Circuit Court of St. Clair county; the Hon. WILLIAM E. HADLEY, Judge, presiding. Heard in this court at the March term, 1914. Affirmed. Opinion filed July 28, 1914.

### Statement of the Case.

Action by Joseph Salerno against Missouri and Illinois Coal Company to recover for personal injuries sustained by plaintiff while working in defendant's mine. The declaration consisted of four counts, three statutory counts and one common-law count. The three statutory counts alleged that the mine examiner failed to furnish props when demanded, failed to inspect the roof of the mine and to make a record of the dangerous condition of the roof of the mine, and that he failed to mark the roof as dangerous. The common-law count alleged the same condition of the roof of the mine and that the mine manager after a demand for props inspected the roof, informed plaintiff that the roof was safe and directed plaintiff to proceed with his work. A plea of the general issue was filed. From a judgment entered on a verdict in favor of